PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

**FILED**
JUN - 7 2021
CLERK. U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE __Western__ DISTRICT OF TEXAS
__San Antonio__ DIVISION

__Rudy Moreno SID #511131__
Plaintiff's Name and ID Number

__"BCADC"__
Place of Confinement

CASE NO. __SA21CA0545__
(Clerk will assign the number)

v.

__Bexar County Sheriff's Dept.__
Defendant's Name and Address

__Bexar County A.D.C.__
Defendant's Name and Address

__200 N Comal St. San Antonio TX 78207__
Defendant's Name and Address
( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

NOTICE:

Your complaint is subject to dismissal unless it conforms to these instructions and this form.

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE. ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

## FILING FEE AND *IN FORMA PAUPERIS* (IFP)

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus administrative fee of $50.00 for a total fee of $400.00.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

## CHANGE OF ADDRESS

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked "NOTICE TO THE COURT OF CHANGE OF ADDRESS" and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

   A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___YES ___NO
   B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)
      1. Approximate date of filing lawsuit: 6/2/2021
      2. Parties to previous lawsuit:
         Plaintiff(s) Rudy Moreno
         Defendant(s) Von Ormy Police Dept. Bexar County Sheriffs Dept.
      3. Court (If federal, name the district; if state, name the county.) Western District
      4. Cause number: _____
      5. Name of judge to whom case was assigned: _____
      6. Disposition: (Was the case dismissed, appealed, still pending?) _____
      7. Approximate date of disposition: _____

2

II. PLACE OF PRESENT CONFINEMENT: BCADC

III. EXHAUSTION OF GRIEVANCE PROCEDURES:
Have you exhausted all steps of the institutional grievance procedure? ___YES ✓NO
Attach a copy of your final step of the grievance procedure with the response supplied by the institution

IV. PARTIES TO THIS SUIT:
A. Name and address of plaintiff: Rudy Moreno #511131 200 N. Comal San Antonio Texas 78207 6D-4

B. Full name of each defendant, his official position, his place of employment, and his full mailing address
Defendant #1: Von Ormy Police department AND Bexar County Sheriffs department AND Bexar County jail
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #2: Bexar County Sheriffs Dept.
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #3: Bexar County jail
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
False Arrest & Imprisonment causing Loss of job

Defendant #4:
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5:
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

3

V. **STATEMENT OF CLAIM:**

State here in a short and plain statement the facts of your case, that is, what happened, where did it happe when did it happen, and who was involved. Describe how each defendant is involved. You need not gi any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, numb and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember tl complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MA STRIKE YOUR COMPLAINT.

On March 4th 2019 I was in my 1999 Chev Suburban traveling on the I 35 service road heading south towards the turn around at the medina river when I came to a stop sign at the exit ramp from I35. I started to proceed when I saw a truck take the exit from the Rt Lane almost missing the exit Lane and exit. He was traveling at a high rate of speed. I had to slam on my breaks to keep from being hit. A On Army Police officer who was coming from the opposite direction turned around & pulled me over. He asked me

See Attachment I

VI. **RELIEF:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I lost my Job as a direct result of this Arrest. I want compensation for the loss of income. ($800,000)

VII. **GENERAL BACKGROUND INFORMATION:**

A. State, in complete form, all names you have ever used or been known by including any and all aliases.
Rudy Moreno    Rodolfo Moreno

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.
511131

VIII. **SANCTIONS:**

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ___YES ✓NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): _____
2. Case number: _____
3. Approximate date sanctions were imposed: _____
4. Have the sanctions been lifted or otherwise satisfied? ___YES ___NO

4

Attachment I.   Statement of Claim   continued

for my drivers License then told me he had pulled me over for wreckless driving. He ran my license then came back and told me to get out of the car. He told me to go to the front of my truck. He had me watch his finger as he moved it. He had me put my hands behind my back & arrested me. He searched my car then took me to the police station. I was forced to take a blood test. I had not been drinking prior to my arrest

C. Has any court ever warned or notified you that sanctions could be imposed? _____ YES ✓

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

 1. Court that issued warning (if federal, give the district and division):_____
 2. Case number:_____
 3. Approximate date warning was issued:_____

Executed on: _____
             DATE

_____
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this ___2nd___ day of ___June___, 20 _21_.
             (Day)              (month)           (year)

_____
(Signature of Plaintiff)

**WARNING:** Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.