Rudy Moreno
#511131  6D-4
200 N. Comal
San Antonio Tx 78207

SA21CA0545
JKP MJ-ESC



INDIGENT

BEXAR COUNTY JAIL
INMATE MAIL

RECEIVED
JUN 07 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK



Clerk; U S District Court
655 E. Cesar Chavez
San Antonio Tx 7820(